NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 12a0617n.06

No. 11-3867

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
**Jun 13, 2012**
LEONARD GREEN, Clerk

TYRONE R. JOHNSON,

    Petitioner-Appellant,

v.

PHILLIP KERNS, Warden,

    Respondent-Appellee.

)
)
)
)
)
)
)
)
)
)

ON APPEAL FROM THE UNITED
STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF
OHIO

Before: MARTIN and CLAY, Circuit Judges; HOOD, District Judge.[*]

**PER CURIAM.** Tyrone R. Johnson, an Ohio prisoner proceeding *pro se*, moves this Court for a rehearing of its March 29, 2012 order denying his application for a certificate of appealability. The application for a certificate of appealability arose from the district court's order denying Johnson's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.

Upon review, we conclude that the Court did not act under any misapprehension of law or fact in denying Johnson's application for a certificate of appealability. *See* Fed. R. App. P. 40(a). Accordingly, the motion for rehearing is denied.

---

[*]The Honorable Joseph M. Hood, United States District Judge for the Eastern District of Kentucky, sitting by designation.